UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELVIS MCGRAY                                        CIVIL ACTION

VERSUS                                              NO. 11-1760

ZORRAINE M. WAGUESPACK ET AL.                       SECTION "F" (2)

### ORDER

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 are hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) or under Heck v. Humphrey, 512 U.S. 477 (1994), until such time as the Heck requirements are met.

**IT IS FURTHER ORDERED** that all habeas corpus claims asserted in plaintiff's Section 1983 complaint are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE